## 2715. HEAD v. THE STATE.

HILL, C. J. The criticisms made as to excerpts from the charge, when considered in connection with the entire charge, are without substantial merit. No error of law was committed on the trial, and the evidence clearly and fully supports the verdict.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Accusation of carrying concealed weapon; from city court of Monticello—Judge Thurman. May 16, 1910.

*A. Y. Clement,* for plaintiff in error.

*Greene F. Johnson, solicitor,* contra.